UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                         :

UNITED STATES OF AMERICA,          :

                                                                 :

              -v-                        :                21-CR-777 (LJL)

                                                                     :

BATISE BOYCE,                            :                <u>SCHEDULING</u>

                                                                     :                  <u>ORDER</u>

                             Defendant.            :

                                                                        :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Motion Hearing previously scheduled for August 30, 2022 is canceled.  Instead, a Change of Plea Hearing is scheduled for September 8, 2022 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

      SO ORDERED.

Dated:  August 24, 2022
        New York, New York

                                             LEWIS J. LIMAN
                                  United States District Judge